UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HUGHEY AND JESSICA HUGHEY, INDIVIDUALLY ON BEHALF OF THEMSELVES AND ON BEHALF OF MINOR CHILD GRAHAM HUGHEY, and GRAHAM HUGLEY,<br><br>Plaintiffs,<br><br>v.<br><br>ARTURO CAMACHO, FORMER CHIEF OF POLICE DAN DRUMMOND, CURRENT CHIEF OF POLICE THOMAS MCDONALD, WEST SACRAMEMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, TOD SOCKMAN, JASON WINGER, LABIN WILSON, TYLER RAINEY, ANDREA DONAHUE, CODY COULTER, CHRIS RICE, MATT BOUDINOT, RICH BENTLEY, and DOES 1-20,<br><br>Defendants. | No.  2:13-cv-02665-TLN-AC<br><br>**NOTICE OF RELATED CASE ORDER** |
| KEVIN HUGHEY and JESSICA HUGHEY.,<br><br>Plaintiffs,<br><br>v.<br><br>DAN DRUMMOND, THOMAS McDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, CHRISTOPHER WRIGHT, KENNETH FELLOWS, TOD SOCKMAN, GERRIT MARKUS, TRENT TYLER, TOM MAGGIANO, NATHAN STEELE, DAVID DELAINI, and DOES 1 through 20,<br><br>Defendants. | No. 2:14-cv-00037-GEB-AC |

1

1    Examination of the above-captioned actions reveals that they are related within the
2    meaning of Local Rule 123(a).  The actions involve the same parties, are based on the same or
3    similar claims, similar events, similar questions of fact and similar questions of law, and would
4    therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the
5    assignment of the matters to the same judge is likely to affect a substantial savings of judicial
6    effort and is also likely to be convenient for the parties.

7    Relating the cases has the result that these actions are assigned to the same judge; relating
8    the cases does not affect consolidation of these matters.  Under the regular practice of this court,
9    related cases are generally assigned to the judge and magistrate judge to whom the first filed
10   action was assigned.

11   IT IS THEREFORE ORDERED that the action denominated 2:14-cv-00037-GEB-AC is
12   hereby reassigned to District Judge Troy L. Nunley, and Magistrate Judge Allison Claire for all
13   further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.

14   IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
15   assignment of civil cases to compensate for this reassignment and issue an order requiring a Joint
16   Status Report for the undersigned.

17   Dated: January 31, 2014

Troy L. Nunley
United States District Judge