BRUCE A. KILDAY, SB No. 66415
 Email: bkilday@akk-law.com
CARRIE A. FREDERICKSON, SB No. 245199
 Email: cfrederickson@akk-law.com
ALEX T. HUGHES, SB No. 286409
 Email: ahughes@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants ARTURO CAMACHO, DAN DRUMMOND, THOMAS MCDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, TOD SOCKMAN, JASON WINGER, LABIN WILSON, TYLER RAINEY, ANDREA DONAHUE, CODY COULTER, CHRIS RICE, MATT BOUDINOT and RICH BENTLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HUGHEY AND JESSICA HUGHEY, INDIVIDUALLY ON BEHALF OF THEMSELVES AND ON BEHALF OF MINOR CHILD GRAHAM HUGHEY, and GRAHAM HUGHEY,<br><br>Plaintiffs,<br><br>vs.<br><br>ARTURO CAMACHO, FORMER CHIEF OF POLICE DAN DRUMMOND, CURRENT CHIEF OF POLICE THOMAS MCDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, TOD SOCKMAN, JASON WINGER, LABIN WILSON, TYLER RAINEY, ANDREA DONAHUE, CODY COULTER, CHRIS RICE, MATT BOUDINOT and RICH BENTLEY, and DOES 1-20,<br><br>Defendants. | Case No.: 2:13-cv-2665-TLN-AC<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER**<br><br>**Honorable Troy L. Nunley** |

1   WHEREAS on February 19, 2014, this Court issued a clerks certificate of Entry of Default against Matt Boudinot, Arturo Camacho, Cody Coulter, Andrea Donahue, Tyler Rainey, Tod Sockman, and Jason Winger based on Plaintiffs' request dated February 18, 2014;

   WHEREAS Plaintiffs' request for entry of default was based on a misunderstanding resulting from ineffective communication between counsel, and all parties now seek to avoid multiple pleadings and simplify the litigation.

   THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE THAT:

1. Plaintiffs withdraw and/or strike their request for entry of default dated February 18, 2014.
2. Defendants Arturo Camacho, Dan Drummond, Thomas McDonald, West Sacramento Police Department, City of West Sacramento, Tod Sockman, Jason Winger, Labin Wilson, Tyler Rainey, Andrea Donahue, Cody Coulter, Chris Rice, Matt Boudinot and Rich Bentley agree to file their response to Plaintiffs' complaint on February 21, 2014 or as soon thereafter as this order is approved and filed by the Court.

Dated: February 22, 2014                ANGELO, KILDAY & KILDUFF, LLP

                                         */s/ Alex T. Hughes*
                                        By:_____
                                          BRUCE A. KILDAY
                                          CARRIE A. FREDERICKSON
                                          ALEX T. HUGHES
                                          Attorneys for Defendants


Dated: February 22, 2014                HUGHEY MOENIG, LLP

                                         */s/ Christopher Moenig*
                                          as authorized
                                        By:_____
                                          CHRISTOPHER MOENIG
                                          Attorneys for Plaintiffs

**STIPULATION TO SET ASIDE DEFAULT AND ORDER**

**ORDER**

Based upon the parties' stipulation to set aside the entry of default against Defendants Matt Boudinot, Arturo Camacho, Cody Coulter, Andrea Donahue, Tyler Rainey, Tod Sockman, and Jason Winger it is ORDERED that the Clerk of the Court shall set aside the default entered against Defendants on February 19, 2014.

Dated: February 22, 2014

_____
Troy L. Nunley
United States District Judge