BRUCE A. KILDAY, SB No. 066415
   Email: bkilday@akk-law.com
KEVIN J. DEHOFF, SB No. 252106
   Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants ARTURO CAMACHO, DAN DRUMMOND, THOMAS MCDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, TOD SOCKMAN, JASON WINGER, LABIN WILSON, TYLER RAINEY, ANDREA DONAHUE, CODY COULTER, CHRIS RICE, MATT BOUDINOT and RICH BENTLEY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HUGHEY AND JESSICA HUGHEY, INDIVIDUALLY ON BEHALF OF THEMSELVES AND ON BEHALF OF MINOR CHILD GRAHAM HUGHEY, and GRAHAM HUGHEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARTURO CAMACHO, et al.,<br><br>    Defendants. | Case No.: 2:13-cv-2665-TLN-AC<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT DISCOVERY** |

    WHEREAS the parties in this Section 1983 action anticipate the potential that one or more of the parties will offer expert testimony in this action;

    WHEREAS on January 23, 2017, the Court issued an Order setting expert disclosures to be served on all parties no later than October 12, 2017 and within twenty days after the designation of expert witnesses, a supplemental list of expert witnesses may be served.

    WHEREAS Defendants' retained expert witness is having hip replacement surgery and will be unavailable for a short time.

NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE THAT expert disclosures will be served on all parties no later than November 2, 2017;

IT IS FURTHER STIPULATED that within twenty days after the designation of expert witnesses, any party may designate a supplement list of expert witnesses.

Dated: September 25, 2017　　　　　ANGELO, KILDAY & KILDUFF, LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Dehoff*
By:_____
　　BRUCE A. KILDAY
　　KEVIN J. DEHOFF
　　Attorneys for Defendants


Dated: September 25, 2017　　　　　JESSE ORTIZ LAW

　　　　　　　　　　　　　　　　　　　　*/s/ Jesse Ortiz (as authorized on 9/25/17)*
By:_____
　　JESSE ORTIZ
　　Attorneys for Plaintiffs

**ORDER**

Based upon the parties' stipulation, IT IS ORDERED that expert disclosures will be served on all parties no later than November 2, 2017, and within twenty (20) days after the designation of expert witnesses, a supplemental list of expert witnesses may be served by either party.

Dated: October 12, 2017

_____
Troy L. Nunley
United States District Judge