Jesse Ortiz, SBN 176450
ORTIZ LAW GROUP, PC
1510 J Street, Ste. 100
Sacramento, CA 95814
Telephone: 916.443.9500
Facsimile: 916.443.9501
Email: jesse@jesseortizlaw.com

Christopher J. Moenig, SBN 267286
MOENIG LAW
520 9th Street, Suite 102
Sacramento, California 95814
Telephone: 916.248.4515
Facsimile: 916. 248.4515
E-Mail: cmoenig@moeniglaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN HUGHEY AND JESSICA HUGHEY, Individually on Behalf of Themselves and on Behalf of Minor Child Graham Hughey, and GRAHAM HUGHEY,<br>　　　　　　Plaintiffs,<br>v.<br>ARTURO CAMACHO, FORMER CHIEF OF POLICE DAN DRUMMOND, CURRENT CHIEF OF POLICE THOMAS MCDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, TOD SOCKMAN, JASON WINGER, LABIN WILSON, TYLER RAINEY, ANDREA DONAHUE, CODY COULTER, CHRIS RICE, MATT BOUDINOT, RICH BENTLEY, and DOES 1-20,<br>　　　　　　Defendants. | Case No.: 2:13-cv-02665-TLN-AC<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. Petitioner, Graham Hughey, is a minor, age six-years-old.

2. An action is pending in this Court, commenced individually and on behalf of Petitioner, by Petitioner's parents, Plaintiffs Kevin Hughey and Jessica Hughey, against the above-named defendants.

3. Petitioner is represented in this matter by attorney Jesse Ortiz, of Ortiz Law Group, PC and attorney Christopher Moenig.

4. Petitioner has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

5. Kevin Hughey and Jessica Hughey are competent and responsible persons, and fully competent to act as guardians ad litem.

6. Kevin Hughey and Jessica Hughey are willing to act as guardians ad litem, as appears by their consent below.

WHEREFORE, petitioner move this court for an Order appointing Kevin Hughey and Jessica Hughey as guardians ad litem for petitioner in this matter.

Dated: January 8, 2019            ORTIZ LAW GROUP, PC

                                  /s/ Jesse Ortiz
                                  Jesse Ortiz
                                  Attorney for Plaintiffs

**CONSENT OF NOMINEES**

We, Kevin Hughey and Jessica Hughey, nominees of the petitioner, consent to act as guardians ad litem for the minor petitioner in the above action.

Dated:  January 9, 2019           /s/ Kevin Hughey (original signature retained by attorney Jesse Ortiz)
                                  Kevin Hughey


Dated:  January 9, 2019           /s/ Jessica Hughey (original signature retained by attorney Jesse Ortiz)
                                  Jessica Hughey

//

//

//

**ORDER**

The petition for appointing Kevin Hughey and Jessica Hughey as guardians ad litem for petitioner is GRANTED.

Dated: January 16, 2019

_____
Troy L. Nunley
United States District Judge