Christopher J. Moenig, SBN 267286
MOENIG LAW
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.248.4515
Facsimile: 916.248.4515
E-Mail: cmoenig@moeniglaw.com

Attorneys for Plaintiffs


BRUCE A. KILDAY, SB No. 066415
Email: bkilday@akk-law.com
SEAN D. O'DOWD, SB No. 296320
Email: sodowd@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN HUGHEY AND JESSICA HUGHEY, Individually on Behalf of Themselves and On Behalf of Minor Child G. H., and G. H.,<br><br>Plaintiffs,<br>v.<br><br>ARTURO CAMACHO, FORMER CHIEF OF POLICE DAN DRUMMOND, CURRENT CHIEF OF POLICE THOMAS MCDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, TOD SOCKMAN, JASON WINGER, LABIN WILSON, TYLER RAINEY, ANDREA DONAHUE, CODY COULTER, CHRIS RICE, MATT BOUDINOT, RICH BENTLEY, and DOES 1-20,<br>Defendants. | Case No. 2:13-cv-02665-TLC-AC<br><br>**JOINT STIPULATION TO REDACT COURT RECORDS AND ORDER** |

1. This stipulation is entered into between Plaintiffs KEVIN HUGHEY, JESSICA HUGHEY, and G. H. ("Plaintiffs") and Defendants ARTURO CAMACHO, DAN DRUMMOND, THOMAS MCDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, TOD SOCKMAN, JASON WINGER, LABIN WILSON, TYLER RAINEY, ANDREA DONAHUE, CODY COULTER, CHRIS RICE, MATT BOUDINOT and RICH BENTLEY (collectively "Defendants"), through and by their counsel of record.

2. In early January 2019, Plaintiffs were informed that court records containing private information as to the plaintiff minor child would need to be redacted.

**THEREFORE**, the parties, by and through their counsel, stipulate and agree to:

1. The Court entering an order, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 140, permitting the parties to: (i) redact and remove any instance in a document filed with the Court in this proceeding where the full name of the plaintiff minor child is stated and restate only the initials of the plaintiff minor child and (ii) to redact and remove any instance in a document filed with the Court in this proceeding where the full home address of the plaintiff minor child is stated and restate only the city and state where such address is located, in the following documents filed with the Court in this proceeding:

| Docket No. | Document | Location of Proposed Redaction |
|---|---|---|
| 1 | Complaint for Damages | Page 1; lines 12-13, 24, 27, 28<br>Page 2; line 1<br>Page 7; lines 9, 17<br>Page 9; line 11 |
| 2 | Civil Cover Sheet | Top of page; "Plaintiffs" section |
| 5 | Decline of Jurisdiction of United States Magistrate Judge | Bottom of page; "Counsel for …" section |
| 11 | Notice of Related Case | Page 1; lines 14-15 |
| 12 | Notice of Related Case Order | Page 1; lines 6-7 |
| 13 | Plaintiffs' Requests for Entry of Default Judgment | Page 1; lines 10-11, 23 |

| **Docket No.** | **Document** | **Location of Proposed Redaction** |
|---|---|---|
| 15 | Stipulation to Set Aside Default And [Proposed] Order | Page 1; lines 16-17 |
| 16 | Order | Page 1; lines 16-17 |
| 17 | Defendants' Notice of Motion and Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) | Page 1; lines 16-17 |
| 17-1 | Defendants' Memorandum of Points and Authorities in Support | Page 0; lines 16-17<br>Page 1; lines 2 |
| 18 | Notice of Withdrawal of Certain Counsel | Page 1; lines 10-11 |
| 19 | Proof of Service | Page 1, lines 11-12 |
| 20 | Notice of Appearance of Co-Counsel | Page 1; lines 11-12, 25 |
| 21 | Notice of Appearance of Co-Counsel | Page 1; lines 11-12, 25 |
| 22 | Plaintiffs' Opposition to Defendants' Motion to Dismiss | Page 0; lines 10-11<br>Page 1; line 1 |
| 23 | Joint Status Report | Page 1; lines 21-22<br>Page 2, line 15 |
| 24 | Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss Plaintiffs' Complaint | Page 1; lines 16-17 |
| 27 | Notice of Appearance of Co-Counsel | Page 1; lines 12-13 |
| 28 | Memorandum and Order | Page 1; lines 13, 27<br>Page 3; line 9 |
| 29 | First Amended Complaint for Damages | Page 1; lines 12-13, 23, 26, 28<br>Page 7; lines 2, 11<br>Page 9; line 2 |
| 30 | Defendants' Notice or Motion and Motion to Dismiss Plaintiffs' First Amended Complaint | Page 1; line 15-16 |
| 30-1 | Memorandum of Points and Authorities in Support | Page 0; lines 15-16<br>Page 1; line 2 |

| **Docket No.** | **Document** | **Location of Proposed Redaction** |
|---|---|---|
| 30-2 | [Proposed] Order | Page 1; lines 15-16 |
| 32 | Defendants' Reply to Opposition to Motion to Dismiss Plaintiffs' First Amended Complaint | Page 1; lines 16-17 |
| 33 | Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint | Page 1; lines 12-13, 23 <br> Page 3; line 10 |
| 33-1 | Declaration of Christopher J. Moenig In Support | Page 1; lines 12-13 |
| 35 | Defendants' Substantive Reply to Opposition to Motion to Dismiss Plaintiffs' First Amended Complaint | Page 1; lines 17-18 |
| 37 | Memorandum and Order | Page 1; lines 13-14, <br> Page 2; line 3 <br> Page 3; line 20 |
| 38 | Second Amended Complaint For Damages | Page 1, lines 12-13, 23, 26, 28 <br> Page 7; lines 2,11 <br> Page 9; lines 2 |
| 42 | Defendants' Answer to Second Amended Complaint | Page 1; lines 15-16 <br> Page 2, line 6 |
| 43 | Defendant Tod Sockman's Notice of Motion and Motion to Dismiss Plaintiffs' Second Amended Complaint | Page 1; lines 15-16 |
| 44 | Notice of Association of Counsel | Page 1; lines 13-14, 28 <br> Page 2; lines 15, 19 |
| 45 | Notice of Withdrawal of Former Counsel | Page 1; lines 12-13 |
| 46 | Notice of Withdrawal of Former Counsel | Page 1; lines 12-13 |
| 47 | Notice of Withdrawal of Former Counsel | Page 1; lines 12-13 |
| 48 | Plaintiffs' Opposition to Defendant Tod Sockman's Motion to Dismiss Plaintiffs' Second Amended Complaint | Page 1; lines 15-16, 17 <br> Page 3; line 13 |
| 48-1 | Declaration of Christopher J. Moenig In Support | Page 1; lines 15-16 <br> Page 2; line 5 |

| **Docket No.** | **Document** | **Location of Proposed Redaction** |
|---|---|---|
| 49 | Reply to Opposition to Defendant Tod Sockman's Motion to Dismiss Plaintiffs' Second Amended Complaint | Page 1; lines 15-16 |
| 51 | Order Granting Defendant Tod Sockman's Motion to Dismiss Plaintiffs' Second Amended Complaint | Page 1; lines 12, 24<br>Page 3; lines 7 |
| 52 | Third Amended Complaint for Damages | Page 1; lines 15-16, 26<br>Page 2; lines 2, 3, 4, 7, 11<br>Page 9; line 2<br>Page 23; line 21 |
| 53 | Defendant Tod Sockman's Answer to Third Amended Complaint | Page 1; lines 15-16<br>Page 2; line 2 |
| 57 | Updated Joint Status Report | Page 2; line 15<br>Page 3; line 13 |
| 62 | Joint Stipulation to Extend Deadline for Expert Discovery | Page 1; lines 15-16 |
| 63 | Order RE Joint Stipulation to Extend Deadline for Expert Discovery | Page 1; lines 15-16 |
| 64 | Notice of Motion and Motion for Consolidation | Page 1; lines 9, 16-17 |
| 64-1 | Memorandum of Points & Authorities in Support | Page 1; lines 9, 16-17 |
| 64-2 | Declaration of Jesse Ortiz in Support | Page 1; lines 9, 16-17 |
| 64-3 | Proposed] Order Re: Consolidation of Actions | Page 1; lines 9, 16-17 |
| 65 | Defendants' Notice of Non-Opposition to Plaintiff's Motion to Consolidate | Page 1; lines 15-16 |
| 67 | Stipulation And [Proposed] Order to Modify the Pretrial Scheduling Order | Page 1; lines 19-20 |
| 70 | Ex Parte Application for Order Shortening Time for Notice of Motion and Motion for Approval of Settlement and Compromise of Minor's Claims; Memorandum of Points & Authorities in Support | Page 1; lines 14-15<br>Page 2; lines 2, 10, 19, 22 |
| 70-1 | Petition and Order for Appointment of Guardian Ad Litem | Page 1; lines 14-15, 25 |

| **Docket No.** | **Document** | **Location of Proposed Redaction** |
|---|---|---|
| 70-2 | Notice of Motion and Motion for Approval of Settlement and Compromise of Minor's Claims; Memorandum of Points & Authorities in Support | Page 1; lines 14-15<br>Page 2; line 5 |
| 70-3 | Memorandum of Points & Authorities in Support of Motion for Approval of Settlement and Compromise of Minor's Claims | Page 0; lines14-15<br>Page 1; line 5 |
| 70-4 | Declaration of Kevin Hughey In Support | Page 1; lines 14-15, 28 |
| 70-5 | Proof of Service | Page 1; lines 14-15 |
| 71 | Petition and Order for Appointment of Guardian Ad Litem | Page 1; lines 14-15, 25 |
| 72 | Notice of Motion and Motion for Approval of Settlement and Compromise of Minor's Claims; Memorandum of Points & Authorities in Support | Page 1; lines 14-15<br>Page 2, line 5 |
| 72-1 | Memorandum of Points & Authorities in Support of Motion for Approval of Settlement and Compromise of Minor's Claims | Page 0; lines 14-15<br>Page 1; line 5 |
| 72-2 | Declaration of Kevin Hughey in Support | Page 1; lines 14-15, 28 |
| 72-3 | Proof of Service | Page 1; lines 14-15 |
| 74 | Notice of Conditional Settlement | Page 1; lines 23, 24 |
| 76 | Order RE Petition for Appointment of Guardian Ad Litem | Page 1; lines 14-15, 24 |

2. The Court entering an order requiring the name of the plaintiff minor child be changed to G. H. and changing the address of the plaintiff minor child to the applicable city and state where it appears on the Court's public docket.

3. The Court entering an order permitting the parties to redact any instance in any publicly filed document where the name and/or address of the plaintiff minor child are stated, but which instance was inadvertently omitted from the list of 76 documents included in this Stipulation.

4. The parties further agree to complete the redactions contemplated by this Stipulation within 30 days of the entry of an Order approving this Stipulation.

5. Plaintiffs' counsel shall provide to Defendants' counsel by email electronic copies of proposed redacted versions of those documents that were initially filed by Defendants for approval prior to submitting such redacted documents to the Court (whether electronically or otherwise). If Defendants' counsel fail to respond to such an email inquiry within five (5) days of the date that it was sent, such failure to respond shall be conclusively deemed to constitute approval to submit such proposed redacted versions of the documents to the Court.

**SO STIPULATED.**

DATED: February 11, 2019                    MOENIG LAW

                                            _/s/_ *Christopher J. Moenig*
                                            Christopher J. Moenig
                                            Attorney for Plaintiffs


DATED: February 11, 2019                    ANGELO, KILDAY & KILDUFF, LLP

                                            ____/s/ *Bruce A. Kilday*_____
                                            BRUCE A. KILDAY
                                            SEAN D. O'DOWD
                                            Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: February 11, 2019

                                            _____
                                            Troy L. Nunley
                                            United States District Judge